UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re:  Case No. 19-30342
Sheldon A. Willis  Honorable Timothy A. Barnes
        Debtor.  Chapter 13

## NOTICE OF MOTION

To:

| Sheldon A. Willis | David M. Siegel | Marilyn O. Marshall |
| --- | --- | --- |
| 3752 W. Cermak | David M. Siegel & Associates | 224 S. Michigan Ave. Ste. 800 |
| Chicago, IL 60623 | 790 Chaddick Drive | Chicago, IL 60604 |
| Via U.S. Mail | Wheeling, IL 60090 | Via Court Electronic Notification |
|     Debtor. | Via Court Electronic Notification | |

**PLEASE TAKE NOTICE** that on the 8th day of October, 2020 at 1:30 p.m, I will appear before the Honorable Timothy A. Barnes or any judge sitting in that judge's place,, and present the motion of Ally Financial to modify the automatic stay, a copy of which is attached.

**This motion will be presented and heard telephonically.** No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.Court-Solutions.com or by calling Court Solutions at (917) 746-7476.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

        Ally Financial
        By: /s/ James M. Philbrick
        James M. Philbrick
        Attorney No. 6244743
        Law Offices of James M. Philbrick
        P.O. Box 351
        Mundelein, Illinois 60060
        847/949-5290
        jamesphilbrick@comcast.net

## CERTIFICATE OF SERVICE

I, James M. Philbrick, an attorney, certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list above on the 29th day of September , 2020, before the hour of 5:00 p.m.

        /s/ James M. Philbrick

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No. 19-30342 |
| Sheldon A. Willis | Honorable Timothy A. Barnes |
| Debtor. | Chapter 13 |

### MOTION TO MODIFY STAY AND CO-DEBTOR STAY

NOW COMES Ally Financial, by and through its attorney, JAMES M. PHILBRICK, of THE LAW OFFICES OF JAMES M. PHILBRICK, and as and for its Motion to Modify Stay, states as follows:

1. That Ally Financial is a creditor-claimant of the Debtor and brings this motion pursuant to 11 U.S.C. §362(d) and §1301.

2. That on or about July 30, 2016, the Debtor and non-filing co-debtor, Rehabiah Willis, executed an agreement for an interest in one 2010 CHEVROLET COBALT, VIN 1G1AF5F59A7133442.

3. That Ally Financial has a properly perfected interest in the collateral in accordance with the Illinois Motor Vehicle Act, and said lien was noted upon the Certificate of Title in connection with the aforesaid motor vehicle.

4. That on October 24, 2019, the Debtor filed a voluntary petition under Chapter 13 of Title 11 of the United States Code.

5. That the current payoff balance for the said vehicle is approximately $1,925.25.

6. That the current retail value for the said vehicle is approximately $2,500.00.

7. That the Debtor has no equity in the said vehicle.

8. That the Debtor is to be the disbursing agent for payments to Ally Financial. That the Debtor's installment payments is $218.89 a month, and the debtor has defaulted in making installment payments for the months of March through September 2020 , for a total default of $2,319.06, which amount includes attorney fees and costs of $681.00.

9. That the Debtor has not provided Ally Financial with proof of full coverage insurance on the said vehicle.

10. That the vehicle is not necessary for an effective reorganization.

11.  That Ally Financial's collateral is a depreciating asset.

12.  That Ally Financial lacks adequate protection in its collateral, and therefore should be allowed to immediately enforce and implement any Order Modifying the Automatic Stay that this Honorable Court may enter, notwithstanding Federal Bankruptcy Rule 4001(a)(3).

WHEREFORE, Ally Financial prays this Honorable Court for the entry of the attached order modifying the automatic stay of 11 U.S.C. §362 and §1301 so as to allow Ally Financial to take possession of one 2010 CHEVROLET COBALT, VIN 1G1AF5F59A7133442, and to enforce its rights against the security and non-filing co-debtor, Rehabiah Willis, in accordance with the agreement and/or applicable state laws; and to find that Federal Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is non-applicable and thus Ally Financial may immediately enforce and implement the attached Order Modifying the Automatic Stay; and for leave to file an unsecured claim for any deficiency remaining after the sale of the vehicle; and that the claim be deemed as a timely filed claim; and for such other and further relief as the Court may deem just and proper.

    Ally Financial

    By: /s/ James M. Philbrick
        One of its Attorneys

James M. Philbrick
Attorney No. 6244743
Law Offices of James M. Philbrick
P.O. Box 351
Mundelein, Illinois 60060
847/949-5290
Fax: 847/949-5690
jamesphilbrick@comcast.net