# REQUIRED STATEMENT
# TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Sheldon A. Willis** Case No. 19-30342 Chapter **13**
All Cases: Name of Moving Creditor **Ally Financial** Date Case Filed **October 24, 2019**

Nature of Relief Sought: ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing ___ or Date Plan Confirmed January 9, 2020 _____

Chapter 7:   ☐ No-Asset Report Filed on _____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting _

1. Collateral
   a. ☐ Home _____
   b. ☒ Car   Year, Make and Model  2010 CHEVROLET COBALT VIN:1G1AF5F59A7133442
   c. ☐ Other _____

2. Balance Owed as of Petition Date $ **1,925.25**
   Total of all other Liens against Collateral $ _____

3. Attach a payment history, or list the months post-petition for which full payment from the debtor was not Received: **March through September 2020**

4. Estimated Value of Collateral (must be supplied in all cases) $**2,500.00**

5. Default
   a. ☐ Pre-Petition Default
      Number of months ___           Amount $ ___
   b. Post-Petition Default
      ☒ On direct payments to the moving creditor
         Number of months **March through September 2020**    Amount $ **2,319.06**
      ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ___           Amount $ ___

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i.   ☒ No insurance _____
      ii.  ☐ Taxes unpaid _____           Amount $ _____
      iii. ☒ Rapidly depreciating asset _____
      iv.  ☐ Other (describe) _____
   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i.   ☐ Bad Faith _____
      ii.  ☐ Multiple filings
      iii. ☐ Other (describe) _____
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: September 29, 2020                      /s/ James M. Philbrick
(Rev. 6/1/09)                                 Counsel for **Ally Financial**