UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 19-30342
Sheldon A. Willis  )
  )
  ) Chapter: 13
  )
  ) Honorable Timothy Barnes
  )
Debtor(s)  )

**Order Dismissing Case for Failure To Make Plan Payments**

The Court having heard the facts finds that the Debtor is in material default.

IT IS HEREBY ORDERED: The case is dismissed for material default pursuant to 11 U.S.C. Section 1307[c][6].

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: November 19, 2020

**Prepared by counsel of Movant:**

Office of the Chapter 13 Trustee
Marilyn O. Marshall
Suite 800
224 South Michigan Avenue
Chicago, IL 60604-2500
(312) 431-1300